**FILED**

OCT 16 2007

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**FILED**

OCT 24 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.  EC-07-1345 |
| | Bk. No.  07-12273 |
| JAMES LEON RANDLE; JANIE MAE RANDLE, | |
| Debtors. | |
| JAMES LEON RANDLE; JANIE MAE RANDLE, | |
| Appellants, | 1:07-mc-00032-SMS |
| v. | ORDER RE MOTION TO PROCEED IN FORMA PAUPERIS |
| M. NELSON ENMARK, Trustee; UNITED STATES TRUSTEE, | (Response Required) |
| Appellees. | |

Before: PAPPAS and JURY, Bankruptcy Judges.

On October 9, 2007, Appellants filed a motion to proceed in forma pauperis ("IFP Motion").

Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, Appellants' IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of

1  California, for the limited purpose of ruling on the IFP Motion.
2      It is Appellants' responsibility to take all necessary steps
3  to have the IFP Motion considered by the district court within a
4  reasonable period of time.
5      No later than **Thursday, November 15, 2007**, Appellants must
6  file with the BAP and serve on opposing counsel a written
7  response which includes as an exhibit a copy of the district
8  court's order on the IFP Motion or an explanation of the steps
9  Appellants have taken to have the IFP Motion considered by the
10 district court.
11     For the convenience of the district court, copies of the IFP
12 Motion, the notice of appeal and the order on appeal are attached
13 to this order.

JAMES L. RANDLE
JANIE M. RANDLE
606 AUSTIN ST.
BAKERSFIELD, CA. 93307
IN PRO-PER
(661) 366-3739

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

OCT - 9 2007

FILED 10-9-07
DOCKETED 10-10-07 VJW
DATE    INITIAL

## U.S. BANKRUPTCY APPELLATE PANEL
## of the NINTH CIRCUIT

RE JAMES L. RANDLE            )
                              )
    JANIE M. RANDLE           )
        DEBTORS, PETITIONERS  )
_____)

MOTION FOR FILING FEE WAIVER

BAP NO. EC-07-1349
CASE NO. 07-12273-A-13K

TO THE HONORABLE JUSTICES:

PETITIONER IN ACCORDANCE WITH THE FEDERAL RULES HEREBY REQUEST A FEE WAIVER
FOR THE FILING AND DOCKETING FEES PER 28 U.S.C. SEC. 1930, (b) and (c).
THIS WAIVER WOULD REMEDY THE DEFICIENT IN OUR APPEAL. IFP ACTION IS NECESSARY AT THIS TIME.

WE HEREBY CERTIFY THAT WE ARE UNABLE TO PAY THE REQUIRED FILING FEES AT THIS TIME.

DATED: OCTOBER 4, 2007

_____
JAMES L. RANDLE

_____
JANIE M. RANDLE

606 AUSTIN STREET

BAKERSFIELD, CA. 93307

## CERTIFICATE OF MAILING

THE UNDERSIGNED HEREBY CERTIFY THAT A COPY OF THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED WAS MAILED TO ALL PARTIES OF RECORD TO THIS APPEAL.

TO THE U.S. TRUSTEE, AND TO THE CLERK OF THE BANKRUPTCY COURT

M. NELSON ENMARK
3447 W. SHAW AVE.
FRESNO, CA. 93711
(CHAPTER13 TRUSTEE)

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
ROBERT E, COYLE U.S. COURTHOUSE
2500 TULARE ST. SUITE 2501
FRESNO, CA. 93721-1318

I , HUGH E. STANCIL CERTIFY THAT I MAILED THE ABOVE DOCUMENTS ON OCT, 5,2007

DATED: OCTOBER 5, 2007

HUGH E. STANCIL

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| **FILED** |
| :---: |
| **09/19/07** |
| UNITED STATES BANKRUPTCY COURT |
| EASTERN DISTRICT OF CALIFORNIA |

In re James Leon Randle )
Janie Mae Randle )
)
)
)
_____Debtor(s)_____ )

Bankruptcy Case No. 07-12273-A-13K

Adversary No. -0-

Motion Control No. -0-

### CERTIFICATE OF MAILING

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the attached **Notice of Appeal and Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the following parties at their respective address as shown in the Court's records:

| | | |
|---|---|---|
| James Leon Randle | Bankruptcy Appellate | M. Nelson Enmark |
| Janie Mae Randle | Panel of the 9th Circuit | Chapter 13Trustee |
| 606 Austin | 125 S Grand Ave | 3447 W Shaw Ave |
| Bakersfield, CA 93307 | Pasadena, CA 91105 | Fresno, CA 93711 |

U.S. Trustee
U.S. Courthouse
2500 Tulare St #1401
Fresno, CA 93721

Dated: 09/19/07

BY: 
Deputy Clerk

EDC 3-071 (9/02)

James L. Randle
Janie M Randle

606 Austin St
Bak. CA 93307

07-12273-A-13
APPEAL
DEBTOR: JAMES RANDLE
JUDGE: HON. W. RIMEL

FILED 9/17/07 - 2:58 PM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION     tjof

United States Bankruptcy Court
Eastern District of California

In re James L. Randle
Janie M. Randle
Debtors

07-12273-A-13

Notice of Appeal
and Motion to Set Aside
Judgement Vacate and to Reinstate
Bankruptcy Proceeding.

Notice of Appeal

James + Janie Randle pl./debtor appeals to the Bankruptcy Appellate panel from the order of the Bankruptcy court by Judge W. Richmond Lee entered on September 7, 2007, Request that the order Be Vacated for Failure to file a Master address List. The Judge at the hearing on 09/5/07, said that I had until 09/10/07, or shortly thereafter, to get the master list submitted.

The parties to the Judgement appealed from and the names and address of their Respective attorney are as follows

37

James Randle                    M. Nelson Enmark
Janie Randle                    3447 W Shaw Ave
606 Austin                      Fresno, Ca. 93711
Bak. Ca. 93307


U.S. Trustee
U.S. Courthouse
2500 Tulare St #1401
Fresno, Ca.




DATED  09/11/2007


                         James L. Randle
                         James L. Randle

                         Jani M. Randle
                         Jani M. Randle



                         606 Austin
                         Bak. Ca. 93307

Declaration of Janie M. Randle

I, Janie M. Randle declare the following to true and correct to the best of my knowledge. State that I attended the hearing on 09/05/2007. The Judge inform me to have my Master Mahers first in on 09/10/07, or shortly thereafter. I am so surprise that the Judge ruling on 09/05/07, that was filed on 09/07/07. States that my case was dismissed effectively on 09/10/07. This is contrary to what the judge told me at the hearing on 09/05/07.

Therefore I trust the 09/05/07 order be vacated, and my bankruptcy proceeding be instated.

Dated 09/16/07

Janie M. Randle
Janie M. Randle

Declaration of James L. Kendle

I declare the following, that I had already sent a Master Matrix list, but I only declared one (1) debtor, which, ACS, who held my mortgage - Also In a motion I request, an extension of 30 days to be in compliance with any and all orders, due to my failing health, viz (diabetes, + blindness), and that my wife was have knee surgery. So, I trust that this appellate panel will vacate the order to dismiss, and reinstate our bankruptcy proceeding.

Dated 09/11/08

James L. Kendle
James L. Kendle

James L. Randle
Janie M. Randle
606 Austin St
Oak, CA. 93507

United States Bankruptcy Court
Eastern District of California

In Re: James L. Randle
Janie McRandle                CASE NO. 07-12273-A-13K

Debtor                         Chapter 13

                               Notice of Appeal

Proof of Mail
Proof of Service

I, Buph E Stewart, am not a party to this action am over the age of 18. Hereby certifies that a copy of the document of Notice of Appeal, and motion to Set Aside Judgement Vacate and to Reinstate Bankruptcy proceeding to which this document is attached was mailed on 09/12/07 to the following entities listed at the Address Shown on the

attached listed shown below.
AND Declaration of Jorma & Janna Randle

M. Nelson En.mark
3447 W. Shaw Ave
Fresno, CA. 93711


U.S Trustee
U.S Courthouse
2500 Tulare St. #1401
Fresno, CA. 93721


DATED: 09/12/07

*Hugh E. Stancel*

Hugh E. Stancel

-2-

7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

Debtor : JAMES & JANIE RANDLE          Case No: 07-12273-A-13
PETITION FILED 7/30/07                 Date  : 9/05/07
                                       Time  : 1:30 P.M.

Matter :    HEARING - ORDER TO SHOW CAUSE
            FOR FAILURE TO FILE A MASTER
            ADDRESS LIST [8]

            8/20/07 RESPONSE BY DEBTORS

```
FILED
SEP -7 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

Judge:                W. Richard Lee
Courtroom Deputy:     Debbie Swanbom
Reporter:             Karen Griswold
Department:           B

APPEARANCES for:
  Moving Party
  None

  Respondent
  Debtor - Janie Randle, pro se
  Trustee - (Tr) M. Nelson Enmark

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the Case is dismissed effective September 10, 2007.

Dated: Sept. 7, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

2007-12273
73

24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

James Leon Randle
Janie Mae Randle
606 Austin
Bakersfield, CA 93307


M. Nelson Enmark
3447 W Shaw Ave
Fresno, CA 93711


U.S. Trustee
U.S. Courthouse
2500 Tulare St #1401
Fresno, CA 93721


DATED: 9/10/07          By: _____
                              Deputy Clerk

EDC 3-070 (New 4/21/00)

MH

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA**

**FILED**

**09/19/07**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case No. 07-12273-A-13K
    James Leon Randle )
    Janie Mae Randle )
                               ) Motion Control No.
                               )
                               )
          Debtor(s) )

## NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

    The attached notice of appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

    **NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

    **NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California. Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

    For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated: 09/19/07

RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT
2500 Tulare Street, Suite 2501
Fresno, CA 93721
(559) 499-5800

BY: _____
           Deputy Clerk

EDC 5-565 (Rev.1/30/06)

35