UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
JAMES LEON RANDLE, et al.,     ) 1:07-mc-00032-SMS
                               )
              Appellants,      ) ORDER DIRECTING PLAINTIFFS TO
     v.                        ) FILE A COMPLETED APPLICATION TO
                               ) PROCEED IN FORMA PAUPERIS WITHIN
UNITED STATES TRUSTEE, et al., ) TWENTY DAYS OF THE DATE OF
                               ) SERVICE OF THIS ORDER
              Appellees.       )
                               ) ORDER DIRECTING THE CLERK TO SEND
                               ) TO PLAINTIFFS WITH THIS ORDER A
                                 BLANK IN FORMA PAUPERIS
                                 APPLICATION AND TO SERVE
                                 PLAINTIFFS AT THE ADDRESS STATED
                                 IN THIS ORDER

                                 ORDER DIRECTING THE CLERK TO ADD
                                 PLAINTIFFS' ADDRESS TO THE DOCKET
```

Plaintiffs are proceeding or are seeking to proceed with a bankruptcy appeal, which has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit, and which bears BAP No. EC-07-1349 and Case No. 07-12273-A-13K. Pending before this Court is the Plaintiffs' application to proceed in forma pauperis, which has been referred to this Court by order of Bankruptcy Judges Pappas and Jury, filed October 16, 2007 with the bankruptcy appellate panel and filed in this Court on October 24, 2007. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

Plaintiffs seek a waiver of the filing and docketing fees prescribed by 28 U.S.C. § 1930(b) and (c). Section 1930(c) provides that upon the filing of a notice of appeal, a $5.00 fee shall be paid to the clerk of court by the appellant or petitioner. Section 1930(b) provides for the Judicial Conference to prescribe additional fees in cases under title 11. Plaintiffs seek to proceed in forma pauperis.

The bankruptcy judges referred the matter to this Court because a bankruptcy court is not a "court of the United States" within the meaning of 28 U.S.C. § 1915(a), and thus it lacks authority to waive payment of statutorily required filing fees. See, In re Perroton, 958 F.2d 889 (9th Cir. 1992).

Title 28 U.S.C. § 1930(f) provides that the statute does not restrict the district court or the bankruptcy court from waiving, in accordance with Judicial Conference policy, fees prescribed under the section for debtors and creditors other than those involved in cases arising under chapter 7 of title 11. It appears from the case number that the instant appeal concerns a proceeding under chapter 13.

Title 28 U.S.C. § 1915(a) provides in substance and in pertinent part that any court of the United States may authorize the commencement and prosecution of any action or appeal therein without prepayment of fees or security therefor by a person who submits an affidavit that includes a statement of all assets the person possesses, and that the person is unable to pay such fees.

Appellants have submitted a request for a fee waiver and for "IFP ACTION." Further, appellants have certified that they are unable to pay the required filing fees at this time.

2

1  The Court finds that the applicants have not given the Court
2 sufficient information in order to determine whether or not they
3 should be permitted to proceed in forma pauperis.
4  Accordingly, it IS ORDERED that appellants ARE DIRECTED to
5 file in this Court no later than twenty days after the date of
6 service of this order a completed application to proceed in forma
7 pauperis. Appellants ARE INFORMED that a failure to comply with
8 this order will be deemed a failure to comply with an order of
9 the Court and will result in a recommendation that this
10 proceeding for fees be dismissed.
11  The Clerk of the Court IS DIRECTED to send to appellants
12 with this order a blank application to proceed in forma pauperis
13 for a person out of custody.
14  The Clerk IS DIRECTED to serve this order and the
15 application by mail upon appellants James Leon Randle and Janie
16 Mae Randle at 606 Austin, Bakersfield, California 93307.
17  Further, the Clerk IS DIRECTED to update the docket to
18 reflect this address for appellants.
19
20 IT IS SO ORDERED.
21 **Dated:   November 5, 2007**               /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

3