1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

| | |
|---|---|
| JAMES LEON RANDLE, et al., | ) 1:07-mc-00032-SMS |
| | ) |
| Appellants, | ) ORDER DIRECTING APPELLANT JAMES |
| v. | ) LEON RANDLE TO FILE A COMPLETED |
| | ) APPLICATION TO PROCEED IN FORMA |
| UNITED STATES TRUSTEE, et al., | ) PAUPERIS WITHIN TWENTY DAYS OF |
| | ) THE DATE OF SERVICE OF THIS ORDER |
| Appellees. | ) |
| | ) ORDER DIRECTING THE CLERK TO SEND |
| | ) TO APPELLANTS WITH THIS ORDER A |
| | BLANK IN FORMA PAUPERIS |
| | APPLICATION AND TO SERVE |
| | APPELLANTS AT THE ADDRESS STATED |
| | IN THIS ORDER |

17

18

19

20

21

22

23

24

25

26

27

28

        Appellants are proceeding or are seeking to proceed with a
bankruptcy appeal, which has been referred to the Bankruptcy
Appellate Panel of the Ninth Circuit, and which bears BAP No. EC-
07-1349 and Case No. 07-12273-A-13K. Pending before this Court is
the Appellants' application to proceed in forma pauperis, which
has been referred to this Court by order of Bankruptcy Judges
Pappas and Jury, filed October 16, 2007, with the bankruptcy
appellate panel and filed in this Court on October 24, 2007. The
matter has been referred to the Magistrate Judge pursuant to 28
U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

1

1   Appellants' initial application, which was an application by
2   two Appellants, Janie M. Randle and James L. Randle, was
3   incomplete. By order dated November 7, 2007, Appellants were
4   directed to file another application. In response, Appellant
5   Janie M. Randle alone filed on November 26, 2007, an application
6   to proceed in forma pauperis. It clearly appears, however, that
7   there are at least two appellants in this proceeding. Because
8   only Appellant Janie Randle filed the application, the Court
9   finds that the applicants have not given the Court sufficient
10  information in order to determine whether or not they should be
11  permitted to proceed in forma pauperis.

12   Accordingly, it IS ORDERED that Appellant James Leon Randle
13  IS DIRECTED to file in this Court no later than twenty days after
14  the date of service of this order a completed application to
15  proceed in forma pauperis. Appellants ARE INFORMED that a failure
16  to comply with this order will be deemed a failure to comply with
17  an order of the Court and will result in a recommendation that
18  this proceeding for fees be dismissed and/or denied.

19   The Clerk of the Court IS DIRECTED to send to appellants
20  with this order a blank application to proceed in forma pauperis
21  for a person out of custody.

22   The Clerk IS DIRECTED to serve this order and the
23  application by mail upon appellants James Leon Randle and Janie
24  Mae Randle at 606 Austin, Bakersfield, California 93307.

25

26  IT IS SO ORDERED.

27  **Dated:    December 5, 2007**                  **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
28

2