1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEON RANDLE, et al., | ) 1:07-mc-00032-SMS |
| | ) |
| Appellants, | ) (BAP No. EC 07 1349; |
| v. | )  Bk. No. 07-12273) |
| | ) |
| UNITED STATES TRUSTEE, et al., | ) ORDER GRANTING APPELLANTS' |
| | ) APPLICATIONS TO PROCEED IN FORMA |
| Appellees. | ) PAUPERIS IN BANKRUPTCY APPEAL |
| | ) |
| | ) ORDER TRANSFERRING MATTER BACK TO |
| | BANKRUPTCY COURT |

ORDER DIRECTING THE CLERK TO
SERVE THIS ORDER ON APPELLANTS BY
MAIL AND TO SERVE THE PARTIES AND
BANKRUPTCY APPELLATE PANEL

        Appellants are proceeding or are seeking to proceed with a
bankruptcy appeal, which has been referred to the Bankruptcy
Appellate Panel of the Ninth Circuit, and which bears BAP No. EC-
07-1349 and Bk. Case No. 07-12273-A-13K.

        Pending before this Court is the Appellants' application to
proceed in forma pauperis, which has been referred to this Court
by order of Bankruptcy Judges Pappas and Jury, filed October 16,
2007, with the bankruptcy appellate panel and filed in this Court
on October 24, 2007. The matter has been referred to the

1

Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

Appellants' initial application, which was an application by two Appellants, Janie M. Randle and James L. Randle, was incomplete. By order dated November 7, 2007, Appellants were directed to file another application. In response, Appellant Janie M. Randle alone filed an application to proceed in forma pauperis. The Court issued another order directing an additional application to be filed by Appellant James L. Randle. That application was filed on December 14, 2007.

The Court has reviewed the applications submitted by Appellants. Appellants have made the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Further, because this matter was transferred to this Court for the sole and limited purpose of ruling on the motion to proceed in forma pauperis (Order filed in this Court on October 24, 2007 that was before bankruptcy judges Pappas and Jury p. 2), and because this Court has performed the purpose of the transfer, the Court will order the matter transferred to the Bankruptcy Court.

Accordingly, it IS ORDERED that

1) Appellants' applications to proceed in forma pauperis ARE GRANTED, and

2) This motion IS TRANSFERRED back to the United States Bankruptcy Appellate Panel of the Ninth Circuit; and

3) The Clerk IS DIRECTED to serve this order by mail upon appellants James Leon Randle and Janie Mae Randle at 606 Austin,

1   Bakersfield, California 93307, and to make appropriate service

2   upon the other parties and the United States Bankruptcy Appellate

3   Panel of the Ninth Circuit.

4   IT IS SO ORDERED.

5   **Dated:    January 4, 2008**                    **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28